1  Stephen A. Tuggy (SBN 120416)
   stuggy@lockelord.com
2  Michelle C. Ferrara (SBN 248133)
3  mferrara@lockelord.com
   Kelly S. Biggins (SBN 252515)
4  kbiggins@lockelord.com
5  LOCKE LORD LLP
   300 South Grand Avenue, Suite 2600
6  Los Angeles, California  90071
7  Telephone:  213-485-1500
   Fax:  213-485-1200
8

9  Attorneys for Plaintiff
   FIRST RESORT, INC.
10

11
12                    UNITED STATES DISTRICT COURT
13                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
14

15  FIRST RESORT, INC.,                 )  Case No.  CV 11-5534 SBA
                                        )
16                    Plaintiff,        )  **ORDER GRANTING**
                                        )  **STIPULATION EXTENDING**
17       vs.                            )  **BRIEFING SCHEDULE ON**
                                        )  **MOTION TO DISMISS**
18                                      )
                                        )  (Local Rules 6-1(b) and 6-2)
19  DENNIS HERRERA, in his official     )
    capacity as City Attorney of the City of San )
20  Francisco; BOARD OF SUPERVISORS     )
    OF THE CITY AND COUNTY OF SAN       )
21  FRANCISCO; and THE CITY AND         )
22  COUNTY OF SAN FRANCISCO,            )
                                        )
23                                      )
                    Defendants.         )
24  _____    )

25
26
27
28

1
[PROPOSED] ORDER GRANTING STIP. EXTENDING BRIEFING SCHEDULE ON MOTION TO DISMISS
Case No. CV 11-5534 MEJ

PURSUANT TO STIPULATION, IT IS SO ORDERED,

(1) Plaintiff First Resort, Inc.'s opposition papers to the Motion to Dismiss shall be due on Thursday, February 23, 2012; and

(2) Defendants City and County of San Francisco, Dennis J. Herrera and Board of Supervisors' reply papers to the Motion to Dismiss shall be due on March 8, 2012.

Date: ____2/3/12_____        _____*Saundra B. Armstrong*_____
                                                                  Hon. Saundra Brown Armstrong
                                                                  United States District Court
                                                                  Northern District of California