Stephen A. Tuggy (SBN 120416)
stuggy@lockelord.com
Michelle C. Ferrara (SBN 248133)
mferrara@lockelord.com
Kelly S. Biggins (SBN 252515)
kbiggins@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, California  90071
Telephone:  213-485-1500
Fax:  213-485-1200

Attorneys for Plaintiff
FIRST RESORT, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST RESORT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DENNIS HERRERA, in his official capacity as City Attorney of the City of San Francisco; BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO; and THE CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendants. | Case No.  CV 11-5534 SBA <br><br> **ORDER GRANTING STIPULATION EXTENDING BRIEFING SCHEDULE ON MOTION TO DISMISS** <br> (Local Rules 6-1(b) and 6-2) |

1  PURSUANT TO STIPULATION, IT IS SO ORDERED,

2   (1) Plaintiff First Resort, Inc.'s opposition papers to the Motion to Dismiss
3  shall be due on Thursday, February 23, 2012; and
4   (2) Defendants City and County of San Francisco, Dennis J. Herrera and
5  Board of Supervisors' reply papers to the Motion to Dismiss shall be due on March 8,
6  2012.

9  Date: ____2/3/12_____  _____*Saundra B. Armstrong*_____
10               Hon. Saundra Brown Armstrong
11               United States District Court
               Northern District of California