1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  OWEN CLEMENTS, State Bar # 141805
   Chief of Complex and Special Litigation
3  ERIN BERNSTEIN, State Bar #231539
   Deputy City Attorney
4  1390 Market Street, Seventh Floor
   San Francisco, California 94102-5408
5  Telephone:     (415) 554-3975
   Facsimile:     (415) 554-3985
6  E-Mail:        erin.bernstein@sfgov.org

7  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO, et al.
8

9  STEPHEN A. TUGGY, State Bar #120416
   MICHELLE C. FERRARA, State Bar # 248133
10 KELLY S. BIGGINS, State Bar #252515
   LOCKE LORD LLP
11 300 South Grand Avenue, Suite 2600
   Telephone:     (213) 485-1500
12 Facsimile:     (213) 485-1200
   E-Mail:        stuggy@lockelord.com
13
   Attorneys for Plaintiff
14 FIRST RESORT, INC.

15

16              UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

18 FIRST RESORT, INC.,                    Case No. CV 11-5534 SBA

19         Plaintiff,                     **STIPULATION, DECLARATION  IN
                                          SUPPORT OF STIPULATION, AND  ORDER
20         vs.                            EXTENDING DEFENDANTS' TIME TO
                                          RESPOND TO FIRST AMENDED
21 DENNIS J. HERRERA, in his official capacity  COMPLAINT**
   as City Attorney of the City of San Francisco;  (Local Rule 6-1(b))
22 BOARD OF SUPERVISORS OF THE CITY
   AND COUNTY OF SAN FRANCISCO; and
23 THE CITY AND COUNTY OF SAN
   FRANCISCO,
24
          Defendants.
25

26

27

28

1  The parties to the above-captioned action agree as follows:

2      The time for Defendants City and County of San Francisco, Dennis J. Herrera, and Board of

3  Supervisors ("Defendants") to file a response to the First Amended Complaint shall be extended to

4  **November 9, 2012**. Good cause exists for such extension, as counsel for Defendants will be

5  unavailable from October 16 to October 23, 2012 and has numerous scheduling conflicts  from

6  October 23, 2012 until November 2, 2012.

7

8  Dated:  October 15, 2012

9                                                          DENNIS J. HERRERA
                                                           City Attorney
10                                                         OWEN CLEMENTS
                                                           Chief of Complex and Special Litigation
11

12

13                                            By:      /s/Erin Bernstein
                                                       ERIN BERNSTEIN*
14                                                     Deputy City Attorney
                                                       ATTORNEYS FOR DEFENDANTS
15                                                     CITY AND COUNTY OF SAN FRANCISCO, et al.

16

17  Dated:  October 15, 2012

18                                                         STEPHEN A. TUGGY
                                                           MICHELLE C. FERRARA
19                                                         KELLY S. BIGGINS

20

21                                            By:      /s/Stephen A. Tuggy
                                                       STEPHEN A. TUGGY
22                                                     ATTORNEYS FOR PLAINTIFF
                                                       FIRST RESORT, INC.
23

24          *The filer of this document attests that concurrence in the filing of this document has been

25  obtained from ALL SIGNATORIES.

26

27

28

1

2

3

**DECLARATION**

I, Erin Bernstein, declare as follows:

4

5

6

7

1. I am a Deputy City Attorney for the City and County of San Francisco and an attorney of record for defendants City and County of San Francisco, Dennis J. Herrera, and Board of Supervisors ("Defendants") in this action.  The matters within this declaration are true of my personal knowledge or, where stated otherwise, upon information and belief.

8

9

2. Defendants request an order extending the time for Defendants to respond to Plaintiff's First Amended Complaint from October 25, 2012 to November 9, 2012.

10

11

12

3. Defendants intend to file a response to the First Amended Complaint on November 9, 2012. If Defendants file a motion to dismiss the first amended complaint, the motion will be scheduled with a hearing date of December 18, 2012, if the Court's schedule permits.

13

14

15

16

17

3. This request is made for good cause.  The issues raised in the First Amended Complaint are complex and the extension of time and proposed schedule will enable the parties to meaningfully present these issues to the Court.  Furthermore, I have prearranged personal travel planned during portions of October, and have several litigation conflicts in early November 2012.  This extension schedule will avoid conflicts with these obligations.

18

19

4. I have conferred over telephone and email with counsel for the Plaintiff regarding this extension of time.  Counsel for the Plaintiff have agreed to this extension of time.

20

21

5. I am aware of the following previous modification of time in this case:  The parties stipulated to allow Defendants additional time to respond to the Plaintiffs' Complaint.

22

23

6. I believe that this proposed extension of time will not impact the schedule for this case because this extension does not impact any other deadlines in this case.

24

25

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 12th day of October, 2012, at San Francisco, California.

26

27

28

By:/s/ *Erin Bernstein*
ERIN BERNSTEIN

## ORDER

The time for Defendants City and County of San Francisco, Dennis J. Herrera, and Board of Supervisors ("Defendants") to file a response to the First Amended Complaint shall be extended to **November 9, 2012**.

DATED:  10/18/12

_____
HON. SAUNDRA B. ARMSTRONG
United States District Judge