1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | OWEN CLEMENTS, State Bar # 141805
Chief of Complex and Special Litigation
3 | ERIN BERNSTEIN, State Bar #231539
MOLLIE LEE, State Bar #251404
4 | Deputy City Attorneys
1390 Market Street, Seventh Floor
5 | San Francisco, California 94102-5408
Telephone:    (415) 554-3975
6 | Facsimile:    (415) 554-3985
E-Mail:        erin.bernstein@sfgov.org

Attorneys for Defendants
City and County of San Francisco, et al.

LOCKE LORD LLP
Stephen A. Tuggy (SBN 120416)
stuggy@lockelord.com
Michelle C. Ferrara (SBN: 248133)
mferrara@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California  90071
Tel: (213) 485-1500
Fax: (213) 485-1200

Attorneys for Plaintiff
First Resort, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST RESORT, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>DENNIS J. HERRERA, in his official capacity as City Attorney of the City of San Francisco; BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO; and THE CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendants. | Case No. CV 11-5534 SBA<br><br>STIPULATED REQUEST TO ENTER ORDER MODIFYING BRIEFING SCHEDULE FOR MOTIONS TO COMPEL<br><br>**[LOCAL RULES 6-2 AND 7-12]** |

STIP AND ~~PROPOSED~~ ORDER RE: MTC
CASE NO.   CV 11-5534 SBA

1

c:\users\rileyn\appdata\local\temp\notes95ec0b\joint stipulation and proposed order to extend deadline for motions to compel (first resort).doc.doc

**STIPULATED REQUEST**

Plaintiff First Resort, Inc. ("First Resort") and Defendants City and County of San Francisco, Dennis J. Herrera, and the Board of Supervisors of the City And County of San Francisco (collectively, "the City"), by and through their counsel of record, hereby agree and stipulate as follows:

WHEREAS, each side has served discovery on the other;

WHEREAS, pursuant to an extension of time granted by First Resort, the City's responses to the discovery issued by First Resort are due on October 28, 2013;

WHEREAS, the parties anticipate a dispute as to the issues they consider a relevant subject for discovery;

WHEREAS, the legal issues raised by each party's discovery will require significant time in which to meet and confer in an effort to avoid filing motions to compel;

WHEREAS, given the nature of the legal and factual issues that will likely be raised in any motions to compel, the parties believe they will need additional time beyond the present filing deadline of October 25, 2013 to prepare such motions; and,

WHEREAS, the parties have not previously requested any modifications to the Court's Scheduling Order and do not anticipate that the instant Request will affect other scheduled dates in this action;

IT IS THEREFORE STIPULATED AND AGREED between First Resort and the City, with the Court's permission, that:

(1) The parties shall meet and confer on all discovery served to date by November 8, 2013; and

(2) Any necessary motions to compel shall be filed by December 6, 2013.

IT IS SO STIPULATED.

Dated: October 18, 2013

                              DENNIS J. HERRERA
                              City Attorney
                              OWEN CLEMENTS
                              Chief of Complex and Special Litigation


                            By:_____/s/ Erin Bernstein_____
                            ERIN BERNSTEIN
                            DEPUTY CITY ATTORNEY
                            ATTORNEYS FOR DEFENDANT
                            CITY AND COUNTY OF SAN FRANCISCO


Dated: October 17, 2013          LOCKE LORD LLP


                            By:_____/s/ Michelle C. Ferrara_____
                            STEPHEN A. TUGGY
                            MICHELLE C. FERRARA*
                            ATTORNEY FOR PLAINTIFF
                            FIRST RESORT

**Filers' Attestation: The filer of this document hereby attests that the signatories' concurrence in the filing of this document has been obtained.*


**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: October 18, 2013                  *[signature]*
                                      HON. SAUNDRA BROWN ARMSTRONG
                                        UNITED STATES DISTRICT JUDGE