United States District Court
Northern District of California

FIRST RESORT, INC.,

      Plaintiff,

  v.

DENNIS HERRERA, et al.,

      Defendants.

Case No.: CV 11-5534 SBA (KAW)

ORDER SETTING DISCOVERY HEARING AND REQUIRING PARTIES TO MEET AND CONFER ON DISCOVERY DISPUTES

      On November 26, 2013, this matter was referred to the undersigned for discovery purposes. On December 6, 2013, the parties filed three joint discovery letter briefs. The court hereby sets the matter for hearing on January 2, 2014 at 11:00 a.m. The court further orders the parties to meet and confer in-person in advance of the hearing, particularly on the issues about which they have not already met and conferred as reflected in the "Joint Letter Brief Re: Additional Responses Sought From Defendants," Dkt. No. 51. At the hearing, the parties should be prepared to discuss the issues that were resolved during that meet and confer session.

      IT IS SO ORDERED.

DATE: December 12, 2013

KANDIS A. WESTMORE
United States Magistrate Judge