DENNIS J. HERRERA, State Bar #139669
City Attorney
OWEN CLEMENTS, State Bar #141805
Chief of Complex and Special Litigation
ERIN BERNSTEIN, State Bar #231539
MOLLIE LEE, State Bar #251404
Deputy City Attorneys
1390 Market Street, Seventh Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3975
Facsimile:      (415) 554-3985
E-Mail:          erin.bernstein@sfgov.org

Attorneys for Defendants
City and County of San Francisco, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST RESORT, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>DENNIS J. HERRERA, in his official capacity as City Attorney of the City of San Francisco; BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO; and THE CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendants. | Case No. CV 11-5534 SBA<br><br>**ORDER RE: UPDATED JOINT ADMINISTRATIVE MOTION TO CONTINUE PRETRIAL AND TRIAL DATES**<br><br>Trial Date:          May 29, 2014 |

Pending before the Court is the joint administrative motion to continue the pretrial and trial dates as follows:

- Cross Summary Judgment Motion Papers:      3/11/14
- Opposition Papers re: Summary Judgment Motions:     4/8/14
- Reply Papers re: Summary Judgment Motions:      4/22/14
- Motion cutoff/hearing date:      5/13/14
- Pretrial papers:      6/17/14
- Motions in Limine:      6/24/14

[PROPOSED] ORDER RE: JOINT ADMIN. MOTION           1
CASE NO.   CV 11-5534 SBA

| | | |
|---|---|---|
| • | Responses re: Motions in Limine: | 7/1/14 |
| • | Replies re: Motions in Limine: | 7/8/14 |
| • | Pretrial conference: | 7/15/14 |
| • | Trial: | 7/24/14 |

The joint motion is supported by a stipulation from all parties agreeing to the continuance. Good cause appearing, the motion is granted. Absent prior leave of Court, the parties' motions for summary judgment and oppositions shall be limited to 15 pages, and replies shall be limited to 10 pages.

IT IS SO ORDERED.

Dated: 1/10/14

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge