Stephen A. Tuggy (SBN 120416)
stuggy@lockelord.com
Patricia A. Musitano (SBN 197662)
pmusitano@lockelord.com
Michelle C. Ferrara (SBN 248133)
mferrara@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, California  90071
Telephone:  213-485-1500
Fax:  213-485-1200

Attorneys for Plaintiff
FIRST RESORT, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST RESORT, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>DENNIS HERRERA, in his official capacity as City Attorney of the City of San Francisco; BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO; and THE CITY AND COUNTY OF SAN FRANCISCO,<br><br>        Defendants. | Case No.  CV 11-5534 SBA (KAW)<br><br>Magistrate Judge Kandis A. Westmore<br><br>**SECOND JOINT STATUS REPORT REGARDING DISCOVERY DISPUTE** |

///

///

Pursuant to the Court's January 2, January 13, and January 23, 2014 orders, Plaintiff FIRST RESORT, INC. ("First Resort") and defendants CITY AND COUNTY OF SAN FRANCISCO, DENNIS J. HERRERA and the BOARD OF SUPERVISORS ("Defendants" and, collectively with Plaintiff, the "Parties") submit this joint status report regarding the Parties' discovery disputes and advise the Court as follows:

1. Lead counsel for Defendants, Erin Bernstein, began trial on January 21, 2014 and is still in trial.

2. On January 17, 2014, counsel for the Parties participated in a lengthy telephone call and addressed all of the issues set forth in their cross-motions to compel. Counsel for the Parties were able to resolve most of their issues during this meeting. Counsel also diligently worked to narrow the scope of certain outstanding discovery requests.

3. On January 30, 2014, counsel for the Parties participated in a second lengthy telephone call and addressed all of the issues that remained outstanding after their January 17 telephone conference. Counsel had a very productive discussion, and, to date, all but approximately four issues have been resolved. Regarding those outstanding issues the Parties have diligently worked to narrow the scope of their respective requests and have proposed a number of stipulations and amended discovery responses which require input from their respective clients.

4. Throughout these discussions, counsel for the Parties have diligently worked with their respective clients to search for responsive documents so that they will meet the previously agreed upon February 7, 2014 document production deadline.

5. Counsel expect to have a final conference again on February 3 or 4, 2014 to further discuss the four remaining disputed issues. Counsel will be able to advise the Court regarding what matters are outstanding for the Court to rule on by February 4, 2014.

In light of the foregoing, the Parties ask that (1) the Court refrain from issuing a ruling on their cross-motions to compel until the Parties have a chance to finalize their meet and confer process; and, (2) the Court allow the Parties to file a third and final joint status report on February 4, 2014; and (3) the Court allow the City to file an amended privilege log on February 4, 2014, if any privilege assertions remain in dispute.

Dated:  January 31, 2014    Respectfully submitted,

LOCKE LORD LLP

By: /s/ Michelle C. Ferrara
    Stephen A. Tuggy
    Patricia A. Musitano
    Michelle C. Ferrara
    Kelly S. Biggins

Attorneys for Plaintiff
FIRST RESORT, INC.

Dated:  January 31, 2014    Respectfully submitted,

DENNIS J. HERRERA
City Attorney

By: /s/ Mollie Lee
    (as approved on 1/31/14)
    Erin Bernstein
    Mollie Lee
Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, et al.

PURSUANT TO THE PARTIES' JOINT REQUEST, IT IS SO ORDERED,

Date: February 3, 2014

*/s/ Kandis Westmore*
Hon. Kandis A. Westmore
United States District Court Magistrate
Northern District of California