DENNIS J. HERRERA, State Bar #139669
City Attorney
OWEN CLEMENTS, State Bar #141805
Chief of Complex and Special Litigation
ERIN BERNSTEIN, State Bar #231539
MOLLIE LEE, State Bar #251404
MATTHEW GOLDBERG, State Bar #240776
Deputy City Attorneys
1390 Market Street, Seventh Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3975
Facsimile:     (415) 554-3985
E-Mail:        erin.bernstein@sfgov.org

Attorneys for Defendants
City and County of San Francisco, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST RESORT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DENNIS J. HERRERA, in his official capacity as City Attorney of the City of San Francisco; BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO; and THE CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendants. | Case No. CV 11-5534 SBA <br><br> [PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO EXCEED SUMMARY JUDGMENT MOTION PAGE LIMITATIONS <br><br> Trial Date:     July 24, 2014 |

1  Pending before the Court is Defendants' administrative motion to extend the page limitations
2  for Plaintiff's and Defendants' Summary Judgment Motion papers as follows:
3  - Cross Summary Judgment Motion Papers: 25 pages
4  - Opposition Papers re: Summary Judgment Motions: 25 pages
5  - Reply Papers re: Summary Judgment Motions: 15 pages
6  The motion is supported by a stipulation from all parties agreeing to the page limit extensions.
7  Good cause appearing, the motion is granted.
8  PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/7/2014

*Saundra B. Armstrong*
HON. SAUNDRA B. ARMSTRONG
United States District Judge