Stephen A. Tuggy (SBN 120416)
stuggy@lockelord.com
Michelle C. Ferrara (SBN 248133)
mferrara@lockelord.com
Kelly S. Biggins (SBN 252515)
kbiggins@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, California  90071
Telephone:  213-485-1500
Fax:  213-485-1200

Attorneys for Plaintiff
FIRST RESORT, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST RESORT, INC., <br><br>    Plaintiff, <br><br> vs. <br><br> DENNIS HERRERA, in his official capacity as City Attorney of the City of San Francisco; BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO; and THE CITY AND COUNTY OF SAN FRANCISCO, <br><br>    Defendants. | Case No.  CV 11-5534 SBA (KAW) <br><br> **[PROPOSED] ORDER GRANTING SECOND JOINT ADMINISTRATIVE MOTION TO CONTINUE PRETRIAL AND TRIAL DATES** <br><br> Trial Date: July 24, 2014 |

Pending before the Court is the parties' Second Joint Administrative Motion to continue the pre-trial and trial dates in this matter. Specifically, the parties request that the Court order all pre-trial and trial dates off calendar pending the Court's ruling on the parties' cross-motions for summary judgment and that, if necessary, the Court set a status conference for two weeks after the Court's ruling is issued for the purpose of selecting new pre-trial and trial dates.

The motion is supported by a stipulation from all parties agreeing to the foregoing. Good cause appearing, the motion is granted and the pre-trial and trial dates previously set forth in the Court's January 10, 2014 order (Dkt. 65) are hereby taken off calendar until further notice from the Court.

IT IS SO ORDERED.

Dated: 5/27/2014            By: *Saundra B Armstrong*
                                 Hon. Saundra B. Armstrong
                                 United States District Judge