DENNIS J. HERRERA, State Bar #139669
City Attorney
RONALD P. FLYNN, State Bar #184186
Chief of Complex and Affirmative Litigation
ERIN BERNSTEIN, State Bar #231539
MATTHEW GOLDBERG, State Bar #240776
Deputy City Attorneys
1390 Market Street, Seventh Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3975
Facsimile:     (415) 554-3985
E-Mail:        erin.bernstein@sfgov.org

Attorneys for Defendants
City and County of San Francisco, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST RESORT, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>DENNIS J. HERRERA, in his official capacity as City Attorney of the City of San Francisco; BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO; and THE CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendants. | Case No. CV 11-5534 SBA<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>Hearing Date:  May 13, 2014<br>Time:          1:00 p.m.<br>Place:         Courtroom 1<br>               United States Courthouse<br>               1301 Clay Street, 4th Floor<br>               Oakland, California<br><br>Trial Date:    July 24, 2014 |

[PROPOSED] ORDER

Good cause appearing, the information contained in the motion to seal is confidential and sensitive to First Resort.  The Court shall file all papers related to the motion to seal, including any opposition, reply papers and the exhibits themselves under seal.

**IT IS SO ORDERED.**

DATED:  12/10/2014

_____
HON. SAUNDRA B. ARMSTRONG
United States District Judge