UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FIRST RESORT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DENNIS J. HERRERA, et al., <br><br> Defendants. | Case No:  C 11-5534 SBA <br><br> **ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The parties shall appear for a telephonic Case Management Conference on <u>April 27, 2016, at 2:30 p.m.</u>  The purpose of the Case Management Conference is to discuss the further handling of the Ninth Circuit's limited remand for the purpose of determining whether First Resort has standing.  At least seven (7) calendar days prior to the conference, the parties shall meet and confer and file a Joint Case Management Statement in accordance with Civil Local Rule 16-9.  Plaintiff's counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call.  At the date and time indicated above, Plaintiff's counsel shall call (510) 879-3550 with all parties on the line.  NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

 IT IS SO ORDERED.

Dated:  4/7/16

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge